UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 08-50141-AWB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING** |
| | ) | **FIRST MOTION TO** |
| SAMUEL PATRICK O'ROURKE, | ) | **CONTINUE** |
| | ) | |
| Defendant. | ) | |

Defendant moves for a continuance in the above-captioned case. Docket 12. Defendant seeks this continuance to provide time to investigate the case and prepare for trial. The Government does not oppose this motion. The Court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the Defendant in a speedy trial. Based on the foregoing, it is therefore

ORDERED that Defendant's motion is granted. The following deadlines shall apply:

| | |
|---|---|
| Discovery motions | February 23, 2009 |
| Suppression/voluntariness motions | March 24, 2009 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | March 24, 2009 |
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, shall be held before April 7, 2009 |

| | |
|---|---|
| Applications for Writ of Habeas Corpus Ad Testificandum | April 14, 2009 |
| Other motions | April 21, 2009 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | April 21, 2009 |
| Plea agreement or petition to plead and statement of factual basis | April 21, 2009 |
| Notify court of status of case | April 21, 2009 |
| Motions in limine | April 28, 2009 |
| Proposed jury instructions due | April 28, 2009 |
| Jury trial | Tuesday, May 5, 2009, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(8)(A).

All other provisions of the court's standing order remain in effect unless specifically changed herein.

Dated February 9, 2009.

BY THE COURT:

/s/ *Andrew W. Bogue*

ANDREW W. BOGUE
SENIOR DISTRICT JUDGE